IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

JAMES BUECHLER, et al.   *

   *Plaintiff*,   *

v.   * Civil Action No.: 1:11-cv-00795

CASHLESS ATM, INC.   *

   *Defendant.*   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff dismisses all his claims against Defendant with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: June 7, 2011                                Respectfully Submitted,

"APPROVED"

6/7/11
_____
Date

_[signature]_

**William D. Quarles, Jr.**
**United States District Judge**

          /s/ E. David Hoskins
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com